**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Elizabeth Blair Schilling
Fishman, Haygood, et al.
201 St. Charles Ave., Ste 4600
New Orleans LA 70170

Hoai T. Hoang
Voorhies & Labbe
700 St. John, 5th Floor
Lafayette LA 70501

Chase Tettleton
Babcock Partners, LLC
10101 Siegen Lane, Suite C
Baton Rouge LA 70810

Timothy Stephen Babcock Esq.
Babcock Law Firm
10101 Siegen Lane, Suite 3C
Baton Rouge LA 70810

Benjamin C. O'Connor
Babcock Partners, LLC
10101 Siegen Lane, #3C
Baton Rouge LA 70810

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 29, 2020

**REHEARING ACTION: July 29, 2020**

**Docket Number: 19   00811-CA**

**KEN COMER AUCTIONEERS, INC. D/B/A**
**HARVEST MOTORS**
**VERSUS**
**THERESA ANN HARMON &**
**GOAUTO INSURANCE COMPANY**

**Appealed from Calcasieu Parish Case No. 2017-749**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **GoAuto Insurance Company** has this day been

    **DENIED.**

cc: Robert C. McCorquodale, Counsel for the Appellee